# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:17-CR-192 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **LOUIS F. PETROSSI,** | : | |
| | : | |
| **Defendant** | : | |

# **ORDER**

AND NOW, this 28th day of February, 2018, upon consideration of the motion (Doc. 38) for extension of time to file a motion *in limine* by defendant, and the court noting that the government concurs in said motion (Doc. 38), and it appearing that defendant filed a motion (Doc. 39) *in limine* on today's date, and the court observing that jury selection and trial in the above-captioned matter are scheduled to begin on Monday, March 5, 2018, it is hereby ORDERED that:

1. Defendant's motion (Doc. 39) *in limine* is deemed timely filed.

2. The government's opposition to defendant's motion (Doc. 39) *in limine* is due on or before **Thursday, March 1, 2018, at 5:00 p.m.**

3. Defendant shall file any reply in support of his motion (Doc. 39) *in limine* on or before **Friday, March 2, 2018, at 5:00 p.m.**

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania