IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-192** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **LOUIS F. PETROSSI,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of April, 2018, upon consideration of the motion (Doc. 77) by defendant Louis F. Petrossi ("Petrossi") to vacate the court's order (Doc. 76) dated April 3, 2018 granting the government's motion (Doc. 74) for preliminary order of forfeiture, wherein Petrossi argues that the government did not file a brief in support of its motion (Doc. 74) for preliminary order of forfeiture as required by the Local Rules of Court for the Middle District of Pennsylvania, see LOCAL RULE OF COURT 7.5, and requests an opportunity to file an opposition brief to the government's motion (Doc. 74) pursuant to Local Rule 7.6 which permits a party to "file a brief in opposition within fourteen (14) days after service of the movant's brief" unless no supporting brief is required, LOCAL RULE OF COURT 7.6, and the court finding that, although the government should have filed a brief in support of its motion, see id., the motion (Doc. 74) adequately sets forth the grounds in support of the government's request, but the court also finding that Petrossi should be permitted to file a brief in opposition thereto, it is hereby ORDERED that:

1. The court's order (Doc. 76) granting the government's motion (Doc. 74) for preliminary order of forfeiture is VACATED.

2. Petrossi shall file a brief in opposition to the government's motion (Doc. 74) on or before **Thursday, April 19, 2018**.

3. The government may file a reply in further support of its motion (Doc. 74) on or before **Thursday, May 3, 2018**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania