# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:17-CR-192 |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **LOUIS F. PETROSSI,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 14th day of April, 2020, upon consideration of the motion (Doc. 124) by defendant Louis F. Petrossi for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Petrossi's motion (Doc. 124) is HELD IN ABEYANCE until the statutory exhaustion period closes on April 27, 2020.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania