**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:17-CR-192 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **LOUIS F. PETROSSI (1),** | : | |
| | : | |
| **Defendant** | : | |

# <u>ORDER</u>

AND NOW, this 4th day of August, 2020, upon consideration of the motion (Doc. 124) by defendant Louis F. Petrossi for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Petrossi's motion (Doc. 124) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania